### Charles H. Brown Paint Company, Defendant in Error, v. C. A. Erickson & Brothers, Plaintiff in Error.

### Gen. No. 20,112.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed December 22, 1914. Rehearing denied January 5, 1915.

### Statement of the Case.

Action for merchandise sold and delivered by Charles H. Brown Paint Company, a corporation, against C. A. Erickson & Brothers, a corporation. The affidavit of plaintiff showed a claim for $50.45, and defendant's affidavit of merits stated that the claim was paid except a balance of $7.95, and that some of the material delivered was unfit for use, whereby the defendant sustained damages. From a judgment for the plaintiff, defendant brought error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

JOHN E. ERICKSON, for plaintiff in error.

BAKER & HOLDER, for defendant in error; W. W. HOOVER, of counsel.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. PRINCIPAL AND AGENT, § 131*—*when payment to agent does not bind principal.* Evidence of payments to an agent is inadmissible where the agent's authority to receive payments is not shown.

2. SALES, § 401*—*when damages for breach of warranty are not shown.* In an action for goods sold and delivered, where no actual damages are shown by reason of defective and unfit material, such defense is not established.